FILE COPY

RE: Case No. 14-0578              DATE: 2/27/2015
    COA #: 13-12-00596-CV    TC#: CL-I0.0697-E
STYLE: TONY GARCIA
   v. HERALDO ESCOBAR

    Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MS. DORIAN E. RAMIREZ
CLERK, THIRTEENTH COURT OF
APPEALS
901 LEOPARD STREET, 10TH FLOOR
CORPUS CHRISTI, TX 78401